JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nawal Gad, | ) Case No. **CV 14-6233-JFW (Ex)** |
|  | ) |
|        Plaintiff, | ) **JUDGMENT** |
|  | ) |
|   v. | ) |
|  | ) |
| United States of America, et al., | ) |
|  | ) |
|        Defendant. | ) |

The Court, having granted Defendant United States of America's ("Defendant") motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Nawal Gad ("Plaintiff") shall recover nothing from Defendant;

2. Defendant shall have judgment in its favor on Plaintiff's entire action; and

1         3.   Defendant shall recover from Plaintiff its costs of
2    suit in the sum of $_____.
3
4         The Clerk is ordered to enter this Judgment.
5
6
7    Dated: July 16, 2015            /s/ John F. Walter
                                     _____
8                                    JOHN F. WALTER
                                     UNITED STATES DISTRICT JUDGE

2